# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3058

_____

SPENCER L BRIGGS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


December 29, 2023


PER CURIAM.

DISMISSED.

ROBERTS, ROWE, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Spencer L Briggs, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.